02/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:                                                       Case No: **23-04376**

**Gerard Dominguez**

                                                          Chapter: **13**

            Debtor

## Certification of Relatedness

The undersigned attorney certifies that:

1. (a) _____ cases are being filed under Chapter _____ that are related to each other; and/or

    (b) __X__ cases are being filed under Chapter __13__ that are related to case(s) now pending, and

2. The cases are related because:

    ☑ the debtors are husband and wife; or
    ☐ the debtor was a debtor in a previous case under Chapter 11; or
    ☐ the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code.

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification: **April 4, 2023**       Attorney's signature: _____