UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  GERARD DOMINGUEZ | ) | Case No. 23 B 04376 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for June 26, 2023 10:30 am, for the following:

Debtor has failed to properly fill out the following schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i):
Amend petition to list debtor's 2013 bankruptcy filing
Amend schedule I to correct income amounts for both debtor and non filing spouse
Amend schedule J to show debtor has enough disposable income to afford the plan payment

Debtor has failed to file a proper plan as required by Section 1325 (a)(1) by failing to properly fill out the following sections:
Amend 3.1 for the set payment to Pennymac mortgage arrears.  It is higher than the plan payment.
Amend 4.4 to account for the higher priority claim amount filed by the Internal Revenue Service
Amend 8.1 to remove the language stating the Trustee shall not pay unsecured claims filed after the claims bar date

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: May 30, 2023                                                           /s/ Thomas H. Hooper
                                                                                         _____

                                                                                         Thomas H. Hooper
                                                                                         Chapter 13 Trustee
                                                                                         55 E. Monroe St., Suite 3850
                                                                                         Chicago, IL 60603
                                                                                         (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  GERARD DOMINGUEZ | ) | Case No. 23 B 04376 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| CUTLER & ASSOC<br>*Attorney for Debtor* | (via CM/ECF) |
| Patrick Layng<br>United States Trustee | (via CM/ECF) |
| GERARD DOMINGUEZ<br>2515 GROVE ST<br>RIVER GROVE, IL 60171<br>*Debtor* | (via U.S. Postal Service) |

Dated: May 30, 2023

/s/ Chris Domann
_____

Chris Domann
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900