IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| GERARD DOMINGUEZ, | ) | NO.: 23-04376-JPC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |

## NOTICE OF MOTION

To: See attached service list.

PLEASE TAKE NOTICE that on July 31, 2023 at 9:00 a.m., I will appear before the Honorable Judge Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 at 219 S. Dearborn St., Chicago, IL 60604 **or** electronically as described below and present the Motion of PennyMac Loan Services, LLC, for Relief from Stay and Co-Debtor Stay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

      I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 14, 2023 by 5:00p.m.

      McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

## SERVICE LIST

To Trustee:      *by Electronic Notice through ECF*
Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

To Debtor:      *Served via U.S. Mail*
Gerard Dominguez
2515 Grove Street
River Grove, IL 60171

To Co-Debtor:      *Served via U.S. Mail*
Migdalia Ortega
2515 Grove Street
River Grove, IL 60171

To Attorney:      *by Electronic Notice through ECF*
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| GERARD DOMINGUEZ, | ) | NO.: 23-04376-JPC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |
| | ) | |

## MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES PennyMac Loan Services, LLC by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay entered on the property located at 2515 Grove St., River Grove, Illinois 60171 be Modified stating as follows:

1. On March 31, 2023, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 Plan has not been confirmed.

3. PennyMac Loan Services, LLC services the first mortgage lien on the property located at 2515 Grove St., River Grove, Illinois 60171.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to PennyMac Loan Services, LLC.  Post-petition payments are $2,101.55.

5. The post-petition mortgage payments are due and owing for April 01, 2023.  The default to PennyMac Loan Services, LLC is approximately $6,304.65 through June

      2023.

6.    Attorney's fees and costs for this motion are due in the amount of $1,238.00.

7.    The plan is in material default.

8.    PennyMac Loan Services, LLC also seeks to modify the stay as to co-debtor Migdalia Ortega pursuant to 11 U.S.C. §1301(a).

9.    PennyMac Loan Services, LLC continues to be injured each day it remains bound by the Automatic Stay.

10.   PennyMac Loan Services, LLC is not adequately protected.

11.   The property located at 2515 Grove St., River Grove, Illinois 60171 is not necessary for the Debtor's reorganization.

12.   No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

      WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 2515 Grove St., River Grove, Illinois 60171, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to

PennyMac Loan Services, LLC to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

                                                McCalla Raymer Leibert Pierce, LLC

By:    */s/ Kinnera Bhoopal*
        Kinnera Bhoopal
        Illinois Bar No. 6295897
        Attorney for Creditor
        1 N. Dearborn Suite 1200
        Chicago, IL  60602
        Phone: (312) 346-9088
        Fax: (312) 551-4400
        Email:  ILpleadings@mrpllc.com