UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 23-04376 |
|---|---|---|
| Gerard Dominguez | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED REPAYMENT AND DEFAULT ORDER**

THIS CAUSE COMING TO BE HEARD on the Motion of PennyMac Loan Services, LLC, the mortgagee on the property located at 2515 Grove St, River Grove, IL 60171, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to PennyMac Loan Services, LLC of $5,359.74 through March 2024, after crediting the tender of payments made through March 4, 2024. The default is calculated as follows:

December 2023 through March 2024 = 4 @ $2,084.04 $8,336.16
Bankruptcy fees and costs $1,249.00
Less funds previously tendered ($4,182.04)
Less funds in suspense ($43.38)
Total default amount remaining $5,359.74

The Debtor shall tender the following payments on or before the following dates:

On or before April 15, 2024 One post-petition mortgage payment + $893.29
On or before May 15, 2024 One post-petition mortgage payment + $893.29
On or before June 15, 2024 One post-petition mortgage payment + $893.29
On or before July 15, 2024 One post-petition mortgage payment + $893.29
On or before August 15, 2024 One post-petition mortgage payment + $893.29
On or before September 15, 2024 One post-petition mortgage payment + $893.29

2. The current post petition mortgage payment is $2,084.04, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

3. Payments shall be made payable to PennyMac Loan Services, LLC, in the form of money orders, certified checks, or cashier's checks and sent to: Attn: Bankruptcy Department, P.O. Box 660929, Dallas, TX 75266-0929.

4. If the Debtor defaults on the payments under paragraph 1, then PennyMac Loan Services, LLC

will provide a 14-day Notice of Default to the Debtor, co-debtor and Debtor's Attorney.

5. The notice will be filed with the court with a certificate showing service on the debtor, Co-Debtor and the debtor's lawyer. If the default is not cured in the time specified in the notice, PennyMac Loan Services, LLC will file a Notice of Termination of the stay.

6. The Notice of Termination will be filed with a certificate of service showing service on the debtor, co-debtor and the debtor's lawyer. The Notice of Stay Termination terminates the automatic stay so as not to restrain PennyMac Loan Services, LLC from pursuing in rem rights under non-bankruptcy law in the property located 2515 Grove St, River Grove, IL 60171, effective on the date it is filed. The stay in Rule 4001(a)(4) does not apply to the Notice of Stay Termination.

7. If McCalla Raymer Leibert Pierce, LLC sends out any Notices of Default under this Order, the Debtor must pay $100.00 per Notice in certified funds to McCalla Raymer Leibert Pierce, LLC in addition to the funds necessary to cure the default cited in the Notice. These $100.00 payments constitute attorney's fees and must be paid within the same 14-day cure period outlined in paragraph 4 of this Order.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 11, 2024

**Prepared by:**

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602