UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   23-04376
Gerard Dominguez   )
   )
   )   Chapter:  13
   )
   )   Honorable Jacqueline P Cox
   )
   )
Debtor(s)   )

### ORDER ON MOTION TO AUTHORIZE THE RECORDATION OF A SUBORDINATE MORTGAGE SECURING A PARTIAL HUD/FHA CLAIM

This case coming before the Court on the Debtor's Motion to Authorize, IT IS HEREBY ORDERED that the Motion to Authorize the Recordation of a Subordinate Mortgage Securing a Partial HUD/FHA claim is granted in the amount of, $20,644.26. The Debtor is permitted to enter into a HUD/FHA partial claim. The Creditor, PennyMac Loan Services, LLC, is permitted to record the subordiate mortgage.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  February 24, 2025

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600