**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor          Gerard Dominguez,          Case No          23-04376          Chapter     13
Moving Creditor   PennyMac Loan Services, LLC   Date Case Filed     March 31, 2023

Nature of Relief Sought: ☒ Lift Stay    Annul Stay    ☒ Other (describe): Co-Debtor Stay

Chapter 13     Date of Confirmation Hearing               Date Plan Confirmed     November 27, 2023

1.   Collateral
     a.   ☒ Home
     b.   ☐ Car   _____
     c.   ☐ Other (describe)_____

2.   Balance Owed as of July 8, 2025 $233,396.38
     Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3.   In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
     amounts and dates of all payments received from the Debtor post-petition.

4.   Estimated Value of Collateral (must be supplied in *all* cases) $283,834.00 (per Debtor's Schedules A/B)

5.   Default
     a.   ☐ Pre-Petition Default
          Number of months          Amount

     b.   ☒ Post-Petition Default
          i.     ☒ On direct payments to the moving creditor
                 Number of months 3     Amount $7,521.27 (including attorney's fees and costs)
          ii.    ☐ On payments to the Standing Chapter 13 Trustee
                 Number of months _____     Amount $_____

6.   Other Allegations
     a.   ☒ Lack of Adequate Protection § 362(d)(1)
          i.     ☐ No insurance
          ii.    ☐ Taxes unpaid  Amount $ _____
          iii.   ☐ Rapidly depreciating asset
          iv.    ☒ Other (describe) Material payment default

     b.   ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

     c.   ☐ Other "Cause" § 362(d)(1)
          i.     ☐ Bad Faith (describe) __
          ii.    ☐ Multiple Filings
          iii.   ☐ Other (describe) _____

     d.   Debtor's Statement of Intention regarding the Collateral
     i.    ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

 Date: August 18, 2025          Submitted By:          */s/ Kinnera  Bhoopal*_____
                                                        ARDC# 6295897
                                                        McCalla Raymer Leibert Pierce, LLP