| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| Loan Modification effective 3/1/25 | | | | | |
| | | | | $          - | $          - |
| 03/01/25 | 4/26/2025 | $2,004.09 | $2,004.09 | $          - | $          - |
| | 6/14/2025 | $40.00 | | $      40.00 | $      40.00 |
| 04/01/25 | 6/14/2025 | $2,004.09 | $2,004.09 | $          - | $      40.00 |
| | | | | $          - | $      40.00 |
| Due for | | | | $          - | $      40.00 |
| 05/01/25 | | | $2,004.09 | $  (2,004.09) | $   (1,964.09) |
| 06/01/25 | | | $2,004.09 | $  (2,004.09) | $   (3,968.18) |
| 07/01/25 | | | $2,004.09 | $  (2,004.09) | $   (5,972.27) |
| | | | | $          - | $   (5,972.27) |
| | | | | $          - | $   (5,972.27) |
| 5 | 3 | $      4,048.18 | $  10,020.45 | $  (5,972.27) | |