UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-04376 |
| Gerard Dominguez | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO AUTHORIZE THE RECORDATION OF A SUBORDINATE MORTGAGE SECURING A PARTIAL HUD/FHA CLAIM & SHORTEN NOTICE

This case coming before the Court on the Debtors Motion to Authorize, IT IS HEREBY ORDERED that the Motion to Authorize the Recordation of a Subordinate Mortgage Securing a Partial HUD/FHA claim is granted in the amount of, $13, 233.54. The Debtor is permitted to enter into a HUD/FHA partial claim. The Creditor, PennyMac Loan Services, LLC, is permitted to record the subordiate mortgage and notice is hereby shortened.

Enter:

_Jacqueline P. Cox_

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  October 06, 2025

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600